UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),                      CASE NO. 11-20444

v.

                                      HONORABLE GERALD E. ROSEN

D-1, FRANK RICHARDSON,

       Defendant(s).
                                      /

**ORDER GRANTING GOVERNMENT'S MOTION TO ADJOURN TRIAL DATE AND REQUEST FOR FINDING OF EXCLUDABLE DELAY (DOC. 22)**
**AND**
**DENYING DEFENDANT'S MOTION TO DISMISS (DOC. 25)**

On February 05, 2013 the Court held a hearing on the above referenced motions. For the reasons stated on the record,

IT IS ORDERED that the government's Motion to Adjourn Trial Date and Request for Finding of Excludable Delay (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that the defendant's Motion to Dismiss (Doc. 25) is DENIED.

SO ORDERED.

Dated: February 5, 2013          s/Gerald E. Rosen
                                        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2013, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5135